# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2005

Clifford W. Taylor,
Chief Justice

129639
129640

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

TIMOTHY KING, Personal
Representative of the Estate of
ANDREW BAKER,
            Plaintiff-Appellant,

v

MICHAEL BRIGGS, D.O., MERLE
HUNTER, M.D., EMERGENCY
PHYSICIANS MEDICAL GROUP,
P.C., and McPHERSON HOSPITAL,
a/k/a TRINITY HEALTH-MICHIGAN,
            Defendants-Appellees.

SC: 129639, 129640
COA: 259136, 259229
Livingston CC: 04-020535-NH

_____/

On order of the Court, the application for leave to appeal the July 12, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH, J., would grant leave to appeal.

KELLY, J., would grant leave to appeal to reconsider *Waltz v Wyse*, 469 Mich 642 (2004).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2005

Clerk